UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF INTERSTATE |
| vs. | ) | AGREEMENT ON DETAINERS |
| | ) | |
| KEON PRUITT, | ) | |
| | ) | |
| Defendant. | ) | |

\*     \*     \*

A prisoner serving a sentence of imprisonment in a state correctional facility, who is brought into federal court on a federal criminal charge, may not be returned to the state institution until he has had his trial (or has pleaded guilty) upon the federal charge.[i]

This is the trial – (or plea) – before return rule. Its purpose is to encourage speedy trials. It is also designed to prevent repeated interruptions of a prisoner's stay in a state institution. If the federal government returns a prisoner to the state institution before his or her trial (or plea of guilty) that person has a right to request that the federal indictment be dismissed. Thus, unless a waiver of the interstate agreement on detainers is taken, the United States Marshal will keep the prisoner in federal custody.

However, a prisoner may request to be returned to the state institution and then brought back to federal court from time to time until the completion of his or her federal matter. Many prisoners desire to be returned because they have made living arrangements in the state institution which they prefer to the federal jail or holding area. As indicated below, defendant Keon Pruitt wishes to return to the state institution from which he was brought into federal court in the above-captioned matter (i.e., the Minnesota State Correctional Facility – ST. CLOUD), in order to

participate in available programming while he continues to serve out his current Minnesota state sentence.

I have read and understand the statements in this waiver. I wish to be returned to to the state institution of the Minnesota State Correctional Facility – ST. CLOUD, and to be brought back into federal court from time to time as needed until the completion of the federal case pending against me. I waive my right to be kept in federal custody during the pendency of this federal matter. I prefer to stay in the state institution.

| | |
|---|---|
| Dated: 5 May 2023 | s/Keon Pritt<br>Keon Pruitt, Defendant |
| Dated: 5 May 2023 | s/John C. Brink<br>John C. Brink<br>Counsel for Keon Pruitt |

EXECUTED ORIGINALS AVAILABLE FROM COUNSEL ON REQUEST

---

[1] This form addresses 18 U.S.C. § App. III § 2, Article IV(e). The rule stated does not apply to a state prisoner held by a state while awaiting a state trial, nor where there is no federal "detainer"(e.g., where only a writ is used to obtain temporary federal custody). It is best to obtain the waiver as these underlying factors may be unclear.